

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-12-00383-CV

1415 NLW, LLC, Appellant

V.

INFINITY SYSTEMS, INC., Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County. (Tr. Ct. No. 994310).

After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellant, 1415 NLW, LLC.   Accordingly, the Court **dismisses** the appeal.

Pursuant to the agreement of the parties, the Court **orders** that costs be taxed to the party by whom incurred.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 4, 2012.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Sharp.